

**FILED**
AUG 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | STANLEY A. BOONE
Assistant U.S. Attorney
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | 07-SW-00169 SMS |
|---|---|
| | 07-SW-00167 SMS |
| 8200 Stockdale Highway, #K4 | 07-SW-00174 SMS |
| Bakersfield, California 93311 | 07-SW-00173 SMS |
| | 07-SW-00172 SMS |
| 3700 Gosford Road, Suite C | 07-SW-00179 SMS |
| Bakersfield, California 93309 | 07-SW-00178 SMS |
| | 07-SW-00168 SMS |
| 12504 Crown Crest Drive | 07-SW-00171 SMS |
| Bakersfield, California 93311 | 07-SW-00175 SMS |
| | 07-SW-00176 SMS |
| 10509 New Quay Court | 07-SW-00177 SMS |
| Bakersfield, California 93311 | |

ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANTS

12716 Crown Crest Drive
Bakersfield, California 93311

5208 Glacier Canyon Court
Bakersfield, California 93313

12403 Crown Crest Drive
Bakersfield, California 93311

11503 Walderi Street
Bakersfield, California 93311

11713 Covent Gardens Drive
Bakersfield, California 93311

4500 California Avenue, Ste 209
Bakersfield, California 93309

12004 Bedfordshire Drive
Bakersfield, California 93311

11911 Crockett Court
Bakersfield, California

10800 Strattong Court
Bakersfield, California

1

1  The search warrant affidavit in this case having been sealed
2  by Order of its Court on September 11, 2007, and it appearing that
3  the affidavit and warrant are not required to remain secret based
4  upon the motion submitted by the government,

5  IT IS HEREBY ORDERED that the search warrant affidavits and
6  warrants be unsealed and made public record.

10  DATED: Aug. 10, 2011         _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  SM SNYDER

2.